UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DEMETRIUS HARRIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:06-cv-00939-UNAS-HGD |
| ) | |
| WARDEN BILLY MITCHEM, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on May 6, 2009, recommending that the defendants' special report be treated as a motion for summary judgment and, as such, that it be granted and this cause be dismissed with prejudice. No objections have been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the

---

[1] The copy of the report and recommendation mailed to the plaintiff at the Limestone Correctional Facility was returned by the Postal Service as undeliverable, with a notation that the plaintiff had been paroled. On the complaint form completed and filed by the plaintiff, he was notified of his responsibility to keep the Clerk apprised of any change in his address. The plaintiff has failed to advise the Clerk of his new address.

magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

    DONE this the 2nd day of July, 2009.

                                           *Sharon Lovelace Blackburn*
                                           SHARON LOVELACE BLACKBURN
                                           CHIEF UNITED STATES DISTRICT JUDGE